UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 2:26-cv-00768-ODW (PDx) | Date | February 2, 2026 |
|---|---|---|---|
| Title | *Cedric Greene v. Charter Spectrum, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**

On January 15, 2026, the Court received this action in transfer from the United States District Court, Eastern District of Arkansas. (Notice Receipt Transfer, Dkt. No. 5.) Plaintiff Cedric Greene is subject to an order deeming him a vexatious litigant and subjecting him to a prefiling restriction. Order Deeming Vexatious, *Greene v. Men's Central Jail*, No. 2:11-cv-02359-UA (SS) (C.D. Cal. entered May 10, 2011), Dkt. No. 15. That prefiling restriction prohibits Greene from filing any complaint or IFP application unless he has first filed a Motion for Leave to File a Complaint <u>and</u> that motion has been granted. *Id.* at 2. Greene did not file such a motion in the instant action and he has not been granted leave to file a complaint. Accordingly, the Court **DISMISSES** this action without prejudice and **DENIES** Greene's IFP application as moot. (Dkt. No. 1.) The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |